AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Johnathan Mejia, on behalf of himself, FLSA Collective Plaintiffs and the Class,<br><br>*Plaintiff(s)*<br>v.<br>Marvelous Mark Transportation Co., Inc., CE Solutions Group, LLC and CE Solutions Inc.,<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-03011-AMD-VMS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Marvelous Mark Transporation Co., Inc.
2814 W 8th Street, #5A, Brooklyn NY 11224

CE Solutions Group, LLC
2814 W 8th Street, #5A, Brooklyn NY 11224

CE Solutions Inc.
2814 W 8th Street, #5A, Brooklyn NY 11224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Akin & Salaman PLLC
45 Broadway, Suite 1420
New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 4/23/2024

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

