UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x
JOHNATHAN MEJIA, on behalf of himself, FLSA : 
Collective Plaintiffs and the Class,
          Plaintiff,   :

     v.           :    Docket No: 1:24-cv-03011

MARVELOUS MARK TRANSPORTATION CO., INC CE  :   **JUDGMENT**
SOLUTIONS GROUP, LLC AND CE SOLUTIONS INC.,
                :
         Defendants.
------------------------------------------------------------------------ x

On August 20, 2024, Defendants CE Solutions Group, LLC and CE Solutions, Inc. ("Defendants") served its Rule 68 Offer of Judgment on Plaintiff Johnathan Mejia ("Plaintiff") via electronic mail.

On August 23, 2024, Plaintiff filed Plaintiff's Notice of Acceptance of the Rule 68 Offer of judgment along with the Rule 68 Offer of Judgment annexed thereto and made a part thereof pursuant to Rule 68 of the Federal Rules of Civil Procedure;

Now, it is hereby ORDERED and ADJUDGED as follows:

That Plaintiff has judgment against Defendants in the amount of Twenty Thousand Dollars ($20,000.00) which is inclusive of attorneys' fees and costs.


Dated: Brooklyn, New York
August 26, 2024

                   BRENNA B. MAHONEY
                   CLERK OF COURT
                   by: _Jalitza Poveda_____
                      Deputy Clerk