UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
JOHNATHAN MEJIA, on behalf of himself, FLSA
Collective Plaintiffs and the Class,
                             Plaintiff,

Docket No: 24-cv-3011

v.

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF CE DEFENDANTS' RULE 68 AMENDED OFFER OF JUDGMENT**

MARVELOUS MARK TRANSPORTATION CO., INC.,
CE SOLUTIONS GROUP, LLC AND CE SOLUTIONS INC.,

                             Defendants.
------------------------------------------------------------- x

To:    Evan J. Spelfogel, Esq.
        Phillips Nizer LLP
        485 Lexington Avenue, 14th Floor
        New York, New York 10017
        Phone: (212) 841-0539
        Email: espelfogel@phillipsnizer.com
        *Attorneys for CE Defendants*

Please take notice that Plaintiff Johnathan Mejia hereby accepts the Rule 68 Amended Offer of Judgment made by Defendants CE Solutions Group, LLC and CE Solutions Inc. ("CE Defendants") by and for themselves and co-defendant Marvelous Mark Transportation Co., Inc. ("Mark") pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated September 23, 2024.

A true copy of the Rule 68 Amended Offer of Judgment is annexed hereto.

Dated: New York, New York
          September 23, 2024

                                                       Robert D. Salaman, Esq.
                                                     Akin & Salaman
                                                     45 Broadway, Suite 1420
                                                     New York, New York 10006
                                                     Phone: 212-825-1400
                                                     Email: rob@akinlaws.com
                                                     *Attorneys for Plaintiff*

3795844.2