UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
JOHNATHAN MEJIA, on behalf of himself, FLSA :
Collective Plaintiffs and the Class,
                                Plaintiff, :

                v.                                 :    Docket No: 24-cv-3011

MARVELOUS MARK TRANSPORTATION CO., INC., :
CE SOLUTIONS GROUP, LLC AND CE SOLUTIONS    **JUDGMENT**
INC., :
                            Defendants.
------------------------------------------------------------------- x

      On September 23, 2024, Defendants CE Solutions Group, LLC and CE Solutions Inc. ("CE Defendants") by and for themselves and co-defendant Marvelous Mark Transportation Co., Inc. ("Mark," hereinafter in the aggregate "Defendants") served their Rule 68 Offer of Judgment on Plaintiff Johnathan Mejia ("Plaintiff") via electronic mail.

      On September 23, 2024, Plaintiff filed Plaintiff's Notice of Acceptance of CE Defendants' Rule 68 Amended Offer of Judgment along with CE Defendants' Rule 68 Amended Offer of Judgment annexed thereto and made a part thereof pursuant to Rule 68 of the Federal Rules of Civil Procedure;

      Now, it is hereby ORDERED and ADJUDGED as follows:

      That Plaintiff has judgment against CE Defendants in the amount of Twenty Thousand Dollars ($20,000.00), which is inclusive of attorneys' fees and costs, and releases all Defendants from any and all claims and liabilities.

Dated: Brooklyn, New York
        September 24, 2024

                                                            BRENNA B. MAHONEY
                                                            CLERK OF COURT
                                                             by: *Jalitza Poveda*
                                                                 Deputy Clerk